**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Candis WARNER, Defendant–**
**Appellant.**

**No. 08–13461**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 3, 2009.

David Jonathon Joffe, Joffe & Joffe, P.A., Ft. Lauderdale, FL, for Defendant-Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, EDMONDSON and BIRCH, Circuit Judges.

PER CURIAM:

David J. Joffe, appointed counsel for Candis Warner in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Warner's conviction and sentence are **AFFIRMED.**